JOASSIN, JEAN, G.

V.

Defendants..

# EXIBIT A



**nami**
National Alliance on Mental Illness

Dear Friend,

Thank you for contacting NAMI, National Alliance on Mental Illness. Your request for information and support is very important to us.

NAMI is the nation's largest grassroots mental health organization dedicated to building better lives for millions of Americans affected by mental illness. NAMI advocates for access to services, treatment, supports and research. NAMI is steadfast in its commitment to raising awareness and building a community of hope for all of those in need.

Offering the understanding that only those with the lived experience of mental illness can, NAMI State Organizations, NAMI Affiliates and volunteer leaders work together to offer essential free education, advocacy and support group programs. Contact information for your NAMI State Organization and NAMI Affiliate is enclosed in this packet, or visit www.nami.org/local. Also, NAMI's support efforts expand to meet the challenges of a changing world by supporting virtual communities of help and hope to millions through NAMI.org and NAMI's social media channels.

Through the toll-free NAMI Information HelpLine, we respond personally to thousands of requests and provide free referral, information and support—a much-needed lifeline for many. Please visit NAMI.org for additional information on mental illness, treatment, programs and advocacy.

Thank you, again, for contacting the NAMI Information HelpLine. Please feel free to contact us at 1 (800) 950-6264, between 10 a.m. and 6 p.m. EST, Monday through Friday, or at info@nami.org, if we can be of further assistance.

Sincerely,


Staff & Volunteers
*NAMI HelpLine*



National Alliance on Mental Illness
page printed from http://www.nami.org/
(800) 950-NAMI; info@nami.org
©2011

# Dealing with the Criminal Justice System

When persons with mental illness or their families are confronted with the criminal justice system, the pressure and intimidation can be overwhelming. This fact sheet offers some basic, helpful pointers. More detail can be found in the NAMI publication, *A Guide to Mental Illness and the Criminal Justice System*. This may be ordered online through the NAMI Store, or by calling the NAMI HelpLine to request a current Resource Catalog.

## What should you know first about criminal law?

In criminal law, the outcome of a case depends as much on the facts of the case and the procedures followed in developing that case as it does on the actual substantive law. Individuals involved in criminal cases will be most affected by the procedural steps governing these cases from the time of arrest to the end of the case. It is, therefore, essential to have a good criminal lawyer to direct you through any encounter with the criminal justice system.

## What is the difference between a misdemeanor and a felony?

Criminal violations come in two varieties, misdemeanors and felonies. There is no universal rule among the states to determine what constitutes a misdemeanor and what constitutes a felony. Generally, crimes that are punishable by incarceration of one year or less are misdemeanors, and crimes punishable by incarceration of more than one year are felonies. Beyond the maximum period of incarceration, whether a crime is a felony or a misdemeanor is significant because it will have a bearing on criminal procedures and constitutional rights.

## When does an arrest take place?

An arrest occurs when the police take a person into custody in order to charge that person with a crime. To make a lawful arrest, a police officer must believe that the person to be arrested committed a crime. This is important in the context of mental illness because an arrest does not occur every time a person with mental illness is picked up or taken into custody by police.

## What is booking?

Booking is the process of fingerprinting and photographing a person who has been arrested. In some instances, it may be important for the police to be notified quickly that they have a person with mental illness in custody. However, families should be cautioned that the disclosure that a person has a mental illness could make the police view the situation more seriously. Therefore, whenever possible, before family members make disclosures to the authorities concerning the psychiatric history of a mentally ill family member, they should discuss it with their attorney.

## What should the family do during the interrogation?

Family members should try to prevent the police from questioning a family member with mental illness without a lawyer present. Any person who is questioned by the police and is not free to end the



# NAMI Information HelpLine
## HelpLine Materials List

To provide the most current and accurate information about mental illnesses, the NAMI Information HelpLine provides brochures and fact sheets on mental disorders, treatment options and often-prescribed medications. We offer up to 5 free brochures and 10 free fact sheets. Larger quantities are available for purchase from the NAMI Store at www.nami.org/store.

## Brochures Available Through the NAMI Information HelpLine

**An Illness Like Any Other**
An introduction to NAMI and major mental illnesses.

**Bipolar Disorder**
About bipolar disorder, including symptoms, causes, treatments and suggestions for recovery.

**Schizophrenia**
About schizophrenia, including symptoms, causes, treatments and suggestions for recovery.

**Depression**
About depression, including symptoms, causes, treatments and suggestions for recovery.

**Borderline Personality Disorder**
About borderline personality disorder, including symptoms, causes, treatments and suggestions for recovery.

**Posttraumatic Stress Disorder**
About posttraumatic stress disorder, including symptoms, causes, treatments and suggestions for recovery.

**You Are Not Alone**
About help for people with mental illnesses and their families, including financial support, crisis intervention, housing and jobs.

**Family-to-Family**
NAMI's Family-to-Family Education Program is a free, 12 week course for family caregivers of individuals with severe mental illnesses.

**Peer-to-Peer**
Peer-to-Peer is a unique, experiential learning program for people with any serious mental illness who are interested in establishing and maintaining their wellness and recovery.

**NAMI Basics**
NAMI Basics is an education program for parents and other caregivers of children and adolescents living with mental illnesses.

**NAMI Connection Recovery Support Group**
NAMI Connection is a weekly recovery support group for people living with mental illness in which people learn from each other's' experiences, share coping strategies and offer each other encouragement and understanding.

**Risk of Suicide**
How to help people who are at risk for suicide, including prevention, symptoms, and ways to get help.