UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEAN JOASSIN,

                     CASE NO:  3:13-CV-607-J-39MCR

    Plaintiff,

v.

LIEUTENANT MURPHY, et al.,

    Defendants.
_____/

D E P O S I T I O N

OF

JEAN JOASSIN, DC# 128505
Taken Pursuant to Notice
On Behalf of the DefendantS

DATE:            Friday, November 7, 2014

TIME:            2:00 P.m. - 3:38 p.m.

PLACE:           Union Correctional Institute
                 7819 N.W. 228th Street
                 Raiford, Florida 320261

REPORTER:        Amanda Johnson, FPR
                 Notary Public, State of Florida



Exhibit C
001

1   APPEARANCES:

2

    LISA KUHLMAN TIETIG, ASSISTANT ATTORNEY GENERAL
3   Office of the Attorney General
    State of Florida
4   PL-01, The Capitol
    Tallahassee, Florida 32399
5
                Attorney for Defendants.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Exhibit C
002

```
 1                    I N D E X

 2    WITNESS:

 3    JEAN JOASSIN, DC# 128505              PAGE

 4      Direct Examination by Ms. Tietig          4

 5      Certificate of Oath                   53

 6      Certificate of Reporter               54

 7      Read & Sign Letter to Witness         55

 8      Errata sheet                          56
          (To be forwarded upon execution)
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Exhibit C
003

1          Thereupon, JEAN JOASSIN, DC# 128505, being first

2   duly sworn, was examined and testified as follows:

3               THE WITNESS:  I swear to tell the truth.

4                    DIRECT EXAMINATION

5   BY MS. TIETIG:

6     Q.  Good afternoon.  Mr. Joassin, my name is Lisa

7   Tietig.  I'm the Assistant Attorney General, and I represent

8   the defendants in the lawsuit that you've brought.  Have you

9   had your deposition taken before?

10    A.  No.

11    Q.  Okay.  So I'm going to be asking you questions.  My

12  job is to get information about what your allegations are.

13    A.  Yes, ma'am.

14    Q.  The court reporter will be taking down anything that

15  you say so it's important for us not to talk at the same

16  time.  Also, it's important for you to do what you're doing.

17  Just answer with words instead of shaking or nodding your

18  head so that the reporter can take that down easily.

19    A.  Yes, ma'am.

20    Q.  If you need a break at any time for anything, just

21  let me know, and we'll take one.

22    A.  Yes, ma'am.

23    Q.  If you don't understand my question please just tell

24  me, and I will rephrase it or say it again, whatever you

25  need me to do to help you understand the question.



1     A.  Yes, ma'am.

2     Q.  Mr. Joassin, are you taking any medications or on

3   any kind of substance that would affect your memory today?

4     A.  No, ma'am.

5     Q.  Are you taking any medications that will affect your

6   ability to testify truthfully?

7     A.  No.

8     Q.  Okay.  How long have you been in Florida Department

9   of Correction's custody?

10    A.  I don't remember.

11    Q.  Has it been years or months?

12    A.  In this whole facility?

13    Q.  No. In prison all together.

14    A.  About (indiscernible.)

15    Q.  Sorry, what was that?

16    A.  Eight years.

17    Q.  Okay.  If you could keep your voice up and try to

18  speak very clear so we don't have a hard time understanding

19  you, okay?

20    A.  Yes, ma'am.

21    Q.  Who wrote the complaint in your case; who actually

22  handwrote that?

23    A.  Law library.

24    Q.  The law library?

25            THE COURT REPORTER:  I'm sorry, I didn't



 1  understand any of that.

 2           MS. TIETIG:  The law library.

 3  BY MS. TIETIG:

 4     Q.  And how did the law library know what to write?

 5     A.  I explained it to them.

 6     Q.  Did you read the complaint after the law librarian

 7  wrote it?

 8     A.  Yes, ma'am.

 9     Q.  Did you sign it?

10     A.  Yes, ma'am.

11     Q.  Okay.  Is everything in the complaint true?

12     A.  Yes, ma'am.

13     Q.  Now, this complaint is about an incident that

14  occurred on October 18th, 2012; is that right?

15     A.  The 17th.

16     Q.  Okay.  The 17th, okay.  The complaint says the 18th;

17  was that a mistake?

18     A.  Yes, ma'am.

19     Q.  Okay.  Could you please explain to me what happened

20  on that date?

21     A.  Yes, ma'am.  On October 17th, 2012 at

22  (indiscernible) Correctional Institution --

23     Q.  Suwannee?

24     A.  Yes.  It involved (indiscernible.)

25     Q.  What was that?  Are you saying Gulf dormitory?

1          THE WARDEN:  Gulf dormitory.

2          THE COURT REPORTER:  And what did he say after

3     that?

4          THE WARDEN:  Quad two.

5     BY MS. TIETIG:

6       Q.  Okay.  So Gulf dormitory, quad two?

7       A.  Yes.  Eleven (indiscernible.)

8       Q.  Eleven what?

9       A.  Eleven bottom.  It's like for retaliation for

10    (indiscernible) 4:55 -- 5:20 -- dinnertime.  The officer put

11    trays on my food slot.  There's no food.  Officer say eat

12    your tray.  I said, I don't eat no tray.  (Indiscernible)

13    they call LT to come out.  They took me to the shower and

14    search my cell.

15      Q.  They cuffed you up to take you to the shower?

16      A.  Yes, ma'am.  And searched my cell.  And the

17    officer -- when I was in the shower, they found a bag.

18    There was food inside the bag and he told LT that's what I

19    found -- Lieutenant (indiscernible).

20      Q.  Now, who is this that was talking to you?

21      A.  Lieutenant Murphy.

22      Q.  Lieutenant Murphy?

23      A.  Yes.

24      Q.  Said to who?

25      A.  Said to the Sergeant.



1  Q.  Okay.  The Sergeant.

2  A.  I said that food is (indiscernible) search my cell.

3  I was -- stayed in the shower for an hour -- hour-and-a-half

4  with the cuffs extra tight.  When I got out, I declared a

5  psych emergency.

6  Q.  And they pulled you out of the shower?

7  A.  When I got pulled out of the shower (indiscernible)

8  walked away.

9  Q.  Sorry, who walked away?

10  A.  LT.

11  Q.  I'm having a hard time, who was that?

12  A.  LT, the Lieutenant.

13  Q.  What was the sergeant's name?

14  A.  Sergeant Rodgers, R-o-d-g-e-r-s.

15  Q.  Okay.  Rodgers.

16  A.  Sergeant and LT walked away when they put me in the

17  shower.  When they pulled me out of the shower Officer Cook

18  and Officer Martin -- okay.  First of all -- (indiscernible)

19  black box -- like this.

20  Q.  So that was Officer Cook and Officer Martin?

21  A.  Yes.

22  Q.  Black box restraints?

23  A.  Yes, ma'am.

24  Q.  Okay.

25  A.  (Indiscernible) when I faced the wall I turned



1   around, when I lifted my legs -- we got shackles like this

2   on my legs (indicating.)

3       Q.  Right.

4       A.  When I stepped up they stepped on the chain and used

5   excessive force on me.

6       Q.  What did they do to use force on you?

7       A.  They just took the chain with my legs, they snatched

8   the chain and slammed me back like this (indicating) and

9   (indiscernible.)

10      Q.  Touch you?

11      A.  Yes -- yes.

12      Q.  How did they touch you?

13      A.  They grabbed me by my testicle and squeeze it and

14  squeezed my legs and put they elbow in my middle back on my

15  back.

16      Q.  So they put their elbow on your middle back?

17      A.  Yes.

18      Q.  And what else did they do?

19      A.  They grabbed my testicles?

20      Q.  Your testicles?

21      A.  Yes.

22      Q.  Okay.  And squeezed?

23      A.  Yes.  And squeezed my legs.

24      Q.  They squeezed your legs?

25      A.  Yes.  Now, they dragged me out of the wing over to



1  the Sally Port.  When I was at the Sally Port they said

2  walk.

3      Q.   In the Sally Port they pushed you against the wall?

4      A.   Yes.

5      Q.   Okay.

6      A.   That's when they kicked me and stomped me, and

7  kicked me in my face, and kicked me on my back, kicked me on

8  my chest, and kick me on my stomach.  And they put me in a

9  wheelchair and then Sergeant Wood -- Sergeant Wood --

10 Sergeant Wood, W-o-o-d.  Sergeant Wood spit in my face.

11     Q.   Sergeant Wood spit on your face?

12     A.   Sergeant Wood spit on my face, and pushed me out of

13 the wheelchair, and kicked me some more.  Now, they put me

14 back in the wheelchair and I'm leaking from my nose.  And

15 the nurse told them, can I check on him because I was

16 leaking.  And the other Officers said nothing was wrong.

17 Because the nurse said, Can I check on him and the officers

18 tell her, no, nothing wrong with him.  I needed to go to the

19 infirmary, to the clinic.  And at the clinic there's two

20 doors to the door and in the psych door.  And then I got

21 between the doors and he slammed me again.

22     Q.   What did they do to you when they got you in the

23 door to Medical, specifically?

24     A.   They slammed me again.

25     Q.   Okay.  Tell me exactly how they did it.



1    A.   Okay.   Now, when they put me in a wheelchair -- you

2    got to open these doors before you get in there and before

3    you get there you open another door, okay?   They pushed me

4    between the doors -- there's a front door (indiscernible)

5    and the second door, that's when they pushed me out the

6    wheelchair.

7    Q.   So they turned the wheelchair over and pushed you

8    out of it?

9    A.   Yes.   And (indiscernible.)

10   Q.   And stomped you?

11   A.   Yes.

12   Q.   Where on your body did they do that?

13   A.   Right about here on the side.

14   Q.   Your right side?

15   A.   Yes.   I'm suffering from (indiscernible) and the

16   doctor said (indiscernible.)

17   Q.   Oh, you're saying spasm?

18   A.   Yes, spasm.

19   Q.   Okay.

20   A.   In my lower middle back, my low back my middle back.

21   Q.   Your lower back and your middle back?

22   A.   Yes.   It hurts to move (indiscernible) because it's

23   been a long time.

24   Q.   So you've had back spasms before this?

25   A.   Yes.



1    Q.  For years?

2    A.  Yes.  After that happened.

3    Q.  After that happened, not before?

4    A.  Right.

5    Q.  Okay.

6    A.  After it happened I suffer in my lower back pain

7  and, you know, those bumps on your middle back

8  (indiscernible.)

9    Q.  Are you meaning spine?

10   A.  Yes -- no.

11   Q.  The vertebrae?

12   A.  Yes, ma'am.  (Indiscernible.)

13   Q.  So they told the nurse that nothing was wrong with

14  you?

15   A.  Right.

16   Q.  Who did they tell that to; what nurse?

17   A.  The nurse.

18   Q.  Okay.  But where was it?

19   A.  Suwannee.

20   Q.  No. Where was it in the compound; where you when

21  they said that?

22   A.  I don't --

23   Q.  Were you in Medical?

24   A.  Yes.

25   Q.  In Medical, okay.  So they told the nurse in Medical



1  that there was nothing wrong with you?

2     A.  Yes, ma'am.

3     Q.  What did the nurse do, if anything?

4     A.  They don't do nothing.

5     Q.  Nothing?

6     A.  No.

7     Q.  Did they examine you?

8     A.  No.

9     Q.  Okay.

10    A.  The other officers say nothing wrong (indiscernible)

11 I write a request to go to the doctor and the doctor come

12 see me.  He took an x-ray and after the x-ray that's the

13 only time they order pain medication and nothing I can do

14 about it.

15    Q.  So he said they could order you pain medication but

16 that's all he could do?

17    A.  Right.  And send me to Lake Butler.

18    Q.  And they did send you to Lake Butler?

19    A.  Yes, ma'am.

20    Q.  And what did they say?

21    A.  They ordered me pain medication and give me

22 something on my back (indiscernible) because I'm in pain.

23    Q.  Did they do x-rays?

24    A.  Yes.  They do x-rays.  What they do is every time

25 they do stuff like that they use excessive force.  But what



1  they put in my Medical record they going to try and take

2  away because that's what they do.

3      Q.  So you're saying your Medical records don't show

4  what they did?

5      A.  The only thing they show on my back, my neck, you

6  know, and I can't walk after that (indiscernible.)

7      Q.  When this all happened in the very beginning on

8  October 17th, you were in the dorm, and you were still in

9  your cell; were you on confinement?

10     A.  Yes.

11     Q.  Were you CM?

12     A.  Yes.

13     Q.  Which level of CM?

14     A.  CM-1.

15     Q.  CM-1?

16     A.  Yes.

17     Q.  Okay.  So you were CM-1.  It started with you not

18  getting any food on your tray?

19     A.  No food.  They put just to tray -- because I had a

20  box that's flat (indiscernible.)

21     Q.  Okay.  So they put the tray in the box in the flap?

22     A.  And it was empty.

23     Q.  Okay.  It was empty?

24     A.  Yes.

25     Q.  And so then you said something to the Lieutenant?



1    A.  To the Sergeant.

2    Q.  To the Sergeant?

3    A.  Yes.  First, the officer said to (indiscernible) and

4  I said I didn't eat that whole tray in two seconds.

5    Q.  Okay.  So then he said, You're saying my officer is

6  lying?

7    A.  Yes.

8    Q.  And then what?

9    A.  I said, I want to talk to LT.

10   Q.  Okay.  You said you want to talk to the lieutenant?

11   A.  Yes.  And I told him -- I said that officer gave me

12  no food.  But he went in to my (indiscernible) and search

13  and come out with a bag and LT say look what I found.  I

14  thought you say they no give you no food.  But LT go

15  about -- LT put me in the shower and they go and search my

16  cell and the officer showed him the food.  And he said, I

17  thought you said the officer don't feed you, okay.  Look

18  what they found and I said, LT you found that food inside my

19  room.  I'm not going to come out of my cell and go in there

20  and let you go in there and search if I had food.  That

21  don't make no sense.

22   Q.  Okay.  So they put you in the shower.  Did they turn

23  the shower on or did they just put you in there?

24   A.  They put me in there for a long time with the cuffs

25  extra tight -- extra tight, the chain --



1    Q.   Okay.  So they had you in shackles -- leg shackles,
2  cuffs and waist chain?

3    A.   Yes.

4    Q.   And it was all extra tight?

5    A.   Yes.

6    Q.   And you were in the shower for about an hour and a
7  half; is that what you said?

8    A.   They do that to me when I come out.

9    Q.   Okay.  Well when you were in the shower, were you
10  shackled?

11    A.   Cuffed.

12    Q.   Only cuffs?

13    A.   And extra tight.

14    Q.   Okay.  So in the shower you had the cuffs on and
15  they were extra tight?

16    A.   Yes.

17    Q.   When you came out of the shower they put the leg
18  shackles and the waist chain and the black box --

19    A.   Yes, ma'am.

20    Q.   -- and that was all extra tight also?

21    A.   Yes. (Indiscernible) and LT when I come out the
22  shower (indiscernible)slam me.

23    Q.   Did the Lieutenant and the Sergeant see the officer
24  slam you?

25    A.   No. It was in the Sally Port -- they walked out.



1    Q.   Okay.  So they walked out and they didn't see it?

2    A.   They don't see but when I got slammed in Medical and

3    the Sally Port -- they see.

4    Q.   They saw it that time; both of them?

5    A.   Yes.

6    Q.   Okay.

7    A.   (Indiscernible) they punch me but that's the only

8    thing -- stop resisting.

9    Q.   So the Sergeant punched you and the lieutenant said

10   stop resisting?

11   A.   Right.  You got two.  You got Sergeant -- Sergeant

12   Wood --

13   Q.   Okay.  And Sergeant Rodgers.

14   A.   Yes.

15   Q.   Which one punched you?

16   A.   Both of them punched me but Sergeant Wood spit on my

17   face.

18   Q.   So Sergeant Wood spit on your face and Sergeant

19   Rodgers and Wood both punched you?

20   A.   Yes, ma'am.

21   Q.   Where did they punch you; what part of your body?

22   A.   In my stomach, and kicked me in my face, and they

23   kicked me in my face -- and they kicked me on my head, on my

24   neck, on my chest, on my stomach, you know, on my back.

25   Q.   When you were removed from your cell, who removed



1  you?

2     A.  Cook -- Sergeant Cook and Sergeant -- you know,

3  Sergeant Cook, and officer -- Officer Martin and Officer

4  Cook.

5     Q.  Officers Martin and Cook removed you from the cell?

6     A.  Yes, ma'am.

7     Q.  Was anyone else there when they brought you out of

8  your cell?

9     A.  Yes -- no. Not after they brought me.  After they

10  (indiscernible.)

11     Q.  No -- no.  When you first came out of your cell.

12  Before you went into the shower, who took you -- physically

13  took you out of your cell, Cook or Martin?

14     A.  Cook and Martin.

15     Q.  Okay.  Then they put you in the shower?

16     A.  Yes, ma'am.

17     Q.  Okay.  So who else was there when they took you out

18  of your cell and put you in the shower; were there any other

19  officers there?

20     A.  No.  But LT and Sergeant -- And Lieutenant Martin --

21  no --

22     Q.  Lieutenant Murphy?

23     A.  Officer Martin and Officer Cook.  But Officer

24  Wood -- Sergeant Wood, after -- out in the hallway, that's

25  when they came.



Exhibit C
018

1       Q.   Okay.  So when you first got taken to the shower,
2   you got taken there by Officers Cook and Martin?
3       A.   Yes, ma'am.
4       Q.   But Sergeant Wood wasn't there yet, right?
5       A.   No.
6       Q.   He wasn't there yet.  Was Sergeant Rodgers there?
7       A.   Yes.
8       Q.   He was there the time you got put the shower?
9       A.   Yes, ma'am.
10      Q.   Was Lieutenant Murphy there when you got put the
11  shower?
12      A.   Yes, ma'am.
13      Q.   Okay.
14      A.   But when they took me out the shower, they walk
15  away.
16      Q.   Now, when -- know who pulled you out of the shower?
17      A.   Officer Martin and Officer Cook.
18      Q.   They pulled you out of the shower?
19      A.   Yes.
20      Q.   Okay.  And that's when Sergeant Rodgers and
21  Lieutenant Murphy left?
22      A.   Yes.
23      Q.   Was Sergeant Wood there yet?
24      A.   Yes.
25      Q.   He was there?



1    A.  No. He wasn't there.

2    Q.  He's not there yet?

3    A.  No.  When they drag me out the wing and put me

4  inside and beat me in the Sally Port --

5    Q.  That's when Sergeant Wood came in Medical?

6    A.  Yes.

7    Q.  When you're going into Medical?

8    A.  Yes.

9    Q.  So when you're still in the Gulf; what is it Gulf

10  dorm?

11   A.  Yes, ma'am.

12   Q.  When you're still in there, when they're pulling you

13  out of the shower.  Right there, that is Cook and Martin?

14   A.  Yes.

15   Q.  And then Rodgers and Murphy leave?

16   A.  Yes, ma'am.

17   Q.  Okay.

18   A.  And they supposed to use they video cameras.  They

19  don't use none of that (indiscernible.)

20   Q.  But was there any force being used when Sergeant

21  Rodgers and Lieutenant Murphy were still there?

22   A.  No.

23   Q.  No. So they didn't have to use cameras.  So they

24  didn't see anything to make them tape you yet?

25   A.  No.



1    Q.  Right.  When did they first use force?  When did
2  somebody first use force?
3    A.  After they pulled me out the shower that's when they
4  used excessive force.  And they called for LT to come and
5  Sergeant come and stuff.
6    Q.  Okay.  So when they pulled you out of the shower,
7  Sergeant Rodgers and Lieutenant Murphy left?
8    A.  Yes.
9    Q.  When did they come back?
10   A.  After they use the force.
11   Q.  After they used the force?
12   A.  Yes.
13   Q.  Did they see them use the force on you?
14   A.  Lieutenant Martin.
15   Q.  Did Lieutenant Murphy and Sergeant Rodgers see
16  Officers Cook and Martin using the force on you?
17   A.  They know about it.
18   Q.  Did they see it though?
19   A.  No. They don't see because the second force they
20  used in the Sally Port, they was right there.
21   Q.  Okay.  So Cook and Martin used force on you still
22  when they're taking you out of the shower?
23   A.  Yes.
24   Q.  So they stepped on the chain --
25   A.  Yes.



1    Q.  -- that was on your shackles -- the shackles on your

2  legs, they stepped on that.  They grabbed your testicles,

3  they grabbed and squeezed them.  They squeezed your legs and

4  pushed you down with an elbow in the middle of your back?

5    A.  Yes, ma'am.

6    Q.  And they pushed you down to the floor?

7    A.  Yes, ma'am.

8    Q.  Okay.  And they pushed you down to the floor?

9    A.  Yes.

10    Q.  When you were on the floor, did they do anything?

11    A.  Did they do anything, no.

12    Q.  At that time.  You're on the floor now, what happens

13  next?

14    A.  Okay.  When I'm on the floor they they're still

15  holding me but everything is tight -- I fell on my stomach.

16    Q.  Okay.

17    A.  Now, my knees -- they hit my knees -- when they

18  squeezed my legs, I went (indicating.)  I heard something

19  (indicating,) but my leg wasn't broke but I could hardly

20  walk, and it hurt to walk.

21    Q.  So you hit what with your leg, now?

22    A.  Indiscernible.

23    Q.  They were hitting your legs onto the ground?

24    A.  Yes, my knees.

25    Q.  Okay.  On your knees.  So that's why you couldn't



1    walk?

2       A.   Yes.

3       Q.   So then after they stopped hitting you, then what

4    happened?

5       A.   I told LT I'm not going into the Sally Port without

6    no cameras.  They have to have a (indiscernible) camera.

7       Q.   Okay.  Stop for just a minute.  I am trying to

8    understand you.  So you are on the ground, they've been

9    hitting your knees on the floor?

10      A.   Yes.

11      Q.   What happened right after that?

12      A.   They dropped me and dragged me out the way.

13      Q.   So they picked you up and they drag you out?

14      A.   They drag, me out.

15      Q.   How do they pick you up off the ground, first of

16   all?

17      A.   A lot of officers come, you know, because every time

18   they use excessive force, they going to push those things.

19      Q.   Are you talking about a body alarm?

20      A.   Yes.

21      Q.   So a bunch of officers came, okay.  And how did they

22   lift you up?  Specifically, what part of you did they hold

23   to lift you up?

24      A.   Okay.  My arm.  They're holding me on the side like

25   this (indicating.)



1    Q.  Okay.

2    A.  And they hold me on my leg, but my legs still

3  hanging, one of them when they drop me.  When they got in

4  the Sally Port, they threw me against the wall.

5    Q.  Okay.  So you are on the ground --

6    A.  Yes, ma'am.

7    Q.  They have been pushing your knees and hitting your

8  knees onto the ground?

9    A.  Yes, ma'am.

10    Q.  You're on your stomach?

11    A.  Yes, ma'am.

12    Q.  Okay.  When you get up, do you get up on your own or

13  does somebody have to pick you up?

14    A.  No.  They picked me up.

15    Q.  Okay.  How do they pick you up?  What part of you

16  did they hold to pick you up?

17    A.  My arms.

18    Q.  Okay.  So they picked you up by your arms?

19    A.  Yes.

20    Q.  Okay.  And then did they stand you up?

21    A.  No.  They dropped me.

22    Q.  Okay.  So they picked you up and dragged all in one

23  motion?

24    A.  Yes.

25    Q.  And so then they were dragging you out to the Sally



1  Port; is that right?

2      A.  Yes, ma'am.

3      Q.  When they got the Sally Port, what happened?

4      A.  They threw me against the wall and they stomped me

5  and kicked me in my back, kicked me on my stomach --

6      Q.  In the Sally Port?

7      A.  Yes, in the Sally Port -- in the Sally Port, there

8  is no camera in the Sally Port.

9      Q.  Okay.

10     A.  You know, but (indiscernible) the cameras don't

11 work.

12     Q.  Okay.

13     A.  And the blind spot -- that's when they start kicking

14 me in my stomach, kicking me on my face --

15     Q.  Okay.  So you're on the ground, again?

16     A.  Yes.

17     Q.  What happened; did they drop you?

18     A.  Yeah, they did.  Then they threw me against the wall

19 and dropped me.

20     Q.  Okay.  So they threw you against the wall?

21     A.  Yes.

22     Q.  And then they started kicking you and hitting you?

23     A.  Yes.

24     Q.  And who all doing that; who was in the Sally Port,

25 who was doing that?



1    A.  Cook, Martin, and Sergeant R-o-d-g-e-r-s.

2    Q.  Sergeant Rodgers?

3    A.  Yes.  And Sergeant Wood.

4    Q.  Okay.  And Sergeant Wood?

5    A.  Sergeant Wood.

6    Q.  Was the lieutenant there?

7    A.  The Lieutenant was there.

8    Q.  He was there but he wasn't hitting you?

9    A.  Not hitting me.  He'd tell me that's what you get

10  for resisting that's retaliation.

11   Q.  Okay.

12   A.  Because a grievance -- they be getting your name and

13  doing that without you knowing.

14   Q.  So other inmates were doing that?

15   A.  Yes.  And they make it look like it come from you.

16  That's what the retaliation comes from.

17   Q.  So Lieutenant Murphy said that's what you get for

18  writing grievances?

19   A.  Yes.

20   Q.  Okay.  But did you write the grievances?

21   A.  No.

22   Q.  Okay.  So do you know who wrote the grievances?

23   A.  No.  You know, you got your name on the door.

24   Q.  Right.

25   A.  Okay.



1    Q.  Okay.  So you don't know who wrote it?

2    A.  No.

3    Q.  Okay.  Did you have anything -- before this

4    incident, did you have anything that you wanted to write

5    grievances about?

6    A.  Yes.  Because you know, that's what they do.  They

7    be playing with my food.  Because my food -- they play with

8    my food.  You know, it be sitting in the food flap and they

9    just threw the juice inside the food, you know.

10   Q.  They spilled the juice in your food?

11   A.  Yes.

12   Q.  And you wrote a grievance about that?

13   A.  Yes.  (Indiscernible) an investigation and all that.

14   They come back and they retaliate on me.

15   Q.  Okay.  So Lieutenant Murphy said this is what you

16   get when you write grievances?

17   A.  Yes.

18   Q.  And this is all in the Sally Port of Gulf Wing?

19   A.  Yes.

20   Q.  Or Gulf dorm?

21   A.  Yes.

22   Q.  Okay.

23   A.  That's the reason why he walk out because he know

24   the officer was going to slam me in the wing.

25   Q.  He was there when they actually -- when they threw



1  you against the wall in the Sally Port?

2     A.  Yes.

3     Q.  Okay.  And then what happened after they stopped

4  hitting you and kicking you?

5     A.  They put me in a wheelchair.

6     Q.  They put you in a wheelchair?  Why did they put you

7  in a wheelchair?

8     A.  Because my back -- I can barely walk.

9     Q.  Are you saying you could barely walk so they put you

10  in a wheelchair?

11     A.  Yes.

12     Q.  Did they have the wheelchair there already?

13     A.  They went and got it.

14     Q.  Did you say they went and got it?

15     A.  Yes.

16     Q.  Okay.

17     A.  They had a wheelchair and when they got there they

18  put me in the wheelchair, that's when Sergeant Wood came up

19  and spit on my face.

20     Q.  Okay.  I thought you said Sergeant Wood spit on your

21  face in Medical?

22     A.  No.  He spit on my face here in the Sally Port.

23     Q.  On the Sally Port in the Gulf dorm?

24     A.  Yes, ma'am.

25     Q.  So Sergeant Wood spit on your face --



1    A.  Yes.

2    Q.  -- in Gulf dorm, Sally Port?

3    A.  Yes, ma'am.

4    Q.  And so the people that were hitting you were

5  Sergeant Wood, Sergeant Rodgers, Officer Cook, and Officer

6  Martin?

7    A.  Yes.

8    Q.  They were hitting you and kicking you?

9    A.  Yes, ma'am.

10    Q.  Okay.  So then after they stopped hitting you and

11  kicking you, they put you in the wheelchair?

12    A.  Yes.

13    Q.  Then what happened?

14    A.  They put me in the wheelchair and Sergeant Wood

15  punched me in my jaw.

16    Q.  Sergeant Wood punched you in your jaw while you are

17  in the wheelchair?

18    A.  Yes.

19    Q.  When did he spit on you?

20    A.  He spit on me when I was in the wheelchair.  At

21  first, I was in the wheelchair, he spit on me.  And he said,

22  That's what you get.  Now, he punched me -- they drop me out

23  of the wheelchair.  Again, they put me back in the

24  wheelchair, and they dragged me to the infirmary.

25    Q.  Okay.  Wait, don't go there yet.  Let's stay in the



1  Sally Port.  They put you in the wheelchair and Sergeant

2  Wood spits on your face?

3      A.  Yes.

4      Q.  Then they dumped you out of the wheelchair again?

5      A.  Yes.

6      Q.  In the Sally Port of --

7      A.  In the Sally Port in front of (indiscernible.)

8      Q.  In front of who?

9      A.  In front of the LT, the Lieutenant?

10     Q.  So they dumped you on the floor again; do they hit

11 you and kick you again?

12     A.  Yes, ma'am.

13     Q.  Okay.  Then what?

14     A.  They put me back in the wheelchair and hold me and

15 they drag me to the infirmary.

16     Q.  Okay.  You said Sergeant Wood hit you in the jaw;

17 when did that happen?

18     A.  When I was in the wheelchair.

19     Q.  In the Sally Port in Gulf dorm?

20     A.  Yes.  They put a spit shield on my face so the nurse

21 can't see my face.  My face was swollen up.

22     Q.  Okay.  So they put a spit shield on you?

23     A.  Yes.

24     Q.  Did he hit you before or after they put the spit

25 shield on you?



1    A.  Before.

2    Q.  Okay.  He hit you and then they put the spit shield

3  on you?

4    A.  Yes.

5    Q.  Okay.  And then what happened after they put the

6  spit shield on you?

7    A.  He pushed me out.

8    Q.  Who pushed you out?

9    A.  Sergeant Wood.

10   Q.  Sergeant Wood was pushing you?

11   A.  Yes.

12   Q.  And who was escorting you beside Sergeant Wood?

13   A.  Officer Martin, Officer Cook and another officer.  I

14  don't know his name.

15   Q.  Okay.  So they were all escorting you to Medical?

16   A.  Yes.

17   Q.  Okay.  And what happened?

18   A.  When I got there -- now, before the first door --

19  you got a first door and a second door.  And I was right

20  between the doors and they slam me again.

21   Q.  This is in Medical?

22   A.  Yes.

23   Q.  Okay.  So you're in Medical and you are between the

24  two doors?

25   A.  Yes, ma'am.



1    Q.   Okay.  Who is in there with you in between the two

2  doors?

3    A.   Just Wood -- would Sergeant Wood, and I don't know.

4  I can't see what was behind me.  You know, Sergeant Wood --

5  that's the one that put me the wheelchair.  Cook was there.

6    Q.   Okay.  So Cook and Martin and Wood --

7    A.   Yes.

8    Q.   -- were in between the doors with you in Medical?

9    A.   Yes, ma'am.

10   Q.   Okay.  What happened there?

11   A.   Okay.  That's where he slammed me.

12   Q.   He slammed you how?

13   A.   He pushed me out of the wheelchair.

14   Q.   So they picked up the wheelchair and dumped you out?

15   A.   Yeah.

16   Q.   Okay.  And then what happened?

17   A.   They put their knees on me and they put my head

18  against the floor, you know.  And there was nothing I could

19  do -- the black box --

20   Q.   Whose knees were on you?

21   A.   Officer Cook, and Martin, and Wood.

22   Q.   They all three had their knees on you?

23   A.   Yes.

24   Q.   Okay.  And so they had their knees on you and your

25  on the floor, and then what?



1     A.  They opened the door and they put me inside the room

2  in the psych cell and (indiscernible.)

3     Q.  And they did what?

4     A.  ETO shot.

5     Q.  Oh, okay.  So they tell the nurse to give you a

6  shot?

7     A.  Yes.

8     Q.  And your in the psych cell?

9     A.  Yes.

10     Q.  Okay.  Let's go back to when you were in -- when you

11  are first coming into Medical and between the two doors?

12     A.  Okay.

13     Q.  They have you on the floor?

14     A.  Yes.

15     Q.  They've got their knees on your back?

16     A.  Yes.

17     Q.  What happens next?

18     A.  They just (indiscernible.)

19     Q.  What do they do besides have their knees on your

20  back?

21     A.  They punch me.

22     Q.  They punch you?

23     A.  Yes.

24     Q.  Than what?

25     A.  The nurse say can I check him and they punch me in



1   the face and they say ain't nothing wrong with me.

2      Q.   This happened in Medical?  I thought this happened

3   in Gulf dorm?

4      A.   This happened in Medical too.

5      Q.   In Medical to?

6      A.   Yes.  And the nurse -- a white nurse.  She said, can

7   I check him because I see blood and stuff on me.  And they

8   said no.  Nothing is wrong with him.

9      Q.   Okay.  But that was in Medical, not in Gulf dorm?

10     A.   Right.  In Medical.

11     Q.   Okay.  So then they are punching you on your back,

12  the nurse says, Can I look at him, they say there's nothing

13  wrong with him, then what?

14     A.   They tell the nurse (indiscernible) the one in Gulf

15  dorm and the one in the infirmary that.

16     Q.   So they tell the nurse in Gulf dorm and the nurse in

17  the infirmary?

18     A.   Yes, ma'am.

19     Q.   But what they do after they are hitting you in the

20  infirmary, in between the two doors, in the Medical

21  building?

22     A.   They just put me inside and closed the door.

23     Q.   Okay.  So they just moved you into the cell -- the

24  psych cell?

25     A.   Yes.



 1      Q.  And close the door?

 2      A.  Yes.

 3      Q.  What happened to the wheelchair?

 4      A.  They took that back.

 5      Q.  Okay.  They take that back.  So now you're sitting

 6   in the psych cell in Medical?

 7      A.  Yes.

 8      Q.  What happens next?

 9      A.  I just sit there, and I tried to get Medical

10   treatment.  And they refuse to give me Medical treatment.

11      Q.  Who refused?

12      A.  The nurse.

13      Q.  Okay.  Do you know what nurse?

14      A.  No.

15      Q.  Okay.

16      A.  And they said I going to come back there if you

17   don't be quiet.

18      Q.  Who said that?

19      A.  Officers.

20      Q.  Which ones?

21      A.  Officer Wood.

22      Q.  Wood said that?  So they left and came back?

23      A.  No, at the same time.

24      Q.  Okay.  When they put you in there they --

25      A.  Yes.  When they when they gave me that



 1  (indiscernible) shot.

 2      Q.  They gave you one?

 3      A.  Not then.

 4          THE COURT REPORTER:  I'm sorry, I'm not

 5  understanding.  What kind of shot?

 6          THE WARDEN:  ETO shot, emergency treatment

 7  order.

 8  BY MS. TIETIG:

 9      Q.  Okay.  So you're in the cell -- you're in the psych

10  cell.  Who gave you the ETO?

11      A.  The nurse.

12      Q.  When?  Right when they put you in there?

13      A.  Yes, ma'am.

14      Q.  Okay.  And so she gives you the shot?

15      A.  Yes.

16      Q.  Than what happens?

17      A.  Nothing happened.

18      Q.  That's it and it's done; the whole thing is done?

19      A.  Yes.

20      Q.  Okay.  Did you get Medical treatment?

21      A.  Yes, ma'am.  I got Medical treatment in August.

22  Now, I talk to (indiscernible) about my Medical treatment.

23  And they lied and say, Yeah, I will talk to the nurse.  But

24  they tell me the nurse will come check on me.  Ain't nobody

25  come check on me.



1    Q.  Okay.  So did you ever get Medical treatment?

2    A.  Yes, I write the doctor.

3    Q.  Did you do a sick call?

4    A.  Yes.  I went to go see the doctor, the doctor check

5  on me, you know, and check on my back and my neck, and stuff

6  like that.  He check my face, you know, busted my nose.  The

7  doctor told me he was going to order me pain medication.

8    Q.  Okay.

9    A.  For my pain and take me to (indiscernible.)

10   Q.  They take you what?

11   A.  Lake Butler.

12   Q.  Oh, okay.  Lake Butler to the hospital there?

13   A.  Yes.

14   Q.  Okay.  What happened at Lake Butler; what did they

15  do?

16   A.  They checked on me.

17   Q.  Did they do tests?

18   A.  Yes.

19   Q.  Did they do any surgery?

20   A.  No.

21   Q.  Did you have any broken bones?

22   A.  No broken bones.

23   Q.  Did they have to do stitches?

24   A.  On my eye?  No.

25   Q.  Anywhere?



1    A.  No.

2    Q.  Okay.  So no stitches anywhere then?

3    A.  No.

4    Q.  Okay.  When you were first in your dorm at the

5    beginning of all this, when they first pulled you out of the

6    shower and they shackled you, you said they step on your

7    shackles?

8    A.  Yes.

9    Q.  Who was that?

10   A.  Martin.

11   Q.  Martin did that, okay?

12   A.  And Cook.  Cook -- that's when he put knees on me.

13   That's when he pushed that little thing that they got.  They

14   got this thing they can push and others will come.

15   Q.  The personal alarm, the body alarm?

16   A.  Yes.

17   Q.  So Cook had his knees on you then?

18   A.  Yes and Martin grabbed my testicles and squeezed

19   them.

20   Q.  Is there anything else that happened to you during

21   this series of incidents; did anything else happen to you?

22   A.  No.  That's what happened to me, bust my nose, bust

23   my lip, you know, swole my eye.

24   Q.  Okay.  In your complaint you say something about

25   somebody putting a plastic bag on your face?



1     A.  Yes.

2     Q.  When did that happen did that happen?

3     A.  Yes.  It happened before the spit shield.

4     Q.  Before they put the spit shield on you?

5     A.  Yes.

6     Q.  Who put the bag on your face?

7     A.  Wood.

8     Q.  Wood did?

9     A.  Yes.

10    Q.  Why didn't you tell me about that before now?

11    A.  Because they were looking for the spit shield.

12    Q.  Right.

13    A.  Okay.  There was no spit shield at the officer

14   station so they bagged my face.

15    Q.  So they put a bag on your face while they were

16   looking for a spit shield?

17    A.  Yes.  And then I got a spit shield and that's when

18   they took the bag off and they put a spit shield on.

19    Q.  But why didn't you tell me about that when I was

20   first asking you?  Why didn't you tell me they put it bag on

21   your face?

22    A.  I don't know.

23    Q.  Okay.  So let's talk about your injuries.  You said

24   you had bruises?

25    A.  Bruises.



1    Q.  How long did those last?

2    A.  They lasted a year.

3    Q.  They lasted a year?

4    A.  No.  I been sore and pain -- my injury, like,

5  (indiscernible.)

6    Q.  Are you saying spasms?

7    A.  Yes.  I've been like this.  Like, my middle back --

8  those little bones in my middle back.

9    Q.  Your spine?

10    A.  Yes -- no.

11    Q.  Your vertebrae?

12    A.  Yes.

13    Q.  Have you ever had an MRI, or a CAT scan done on

14  those, or an x-ray, or anything like that?

15    A.  Yes, x-rays, yes.

16    Q.  And so did they say there was anything wrong with

17  those bones?

18    A.  No.  They didn't say my bones were broke.

19    Q.  Did you -- your complaint says you cut your ankles,

20  that your ankles were cut.  How did that happen?

21    A.  I didn't cut my ankle, the cuff cut my ankle because

22  they were extra tight.

23    Q.  Okay.  So the cuff cut your ankle?

24    A.  Yes.

25    Q.  Did you require stitches for that?



1    A.  Did I have what?

2    Q.  Did you have stitches on your ankle?

3    A.  No. Because that cuff just cut my ankle because it

4  was so tight.

5    Q.  But it wasn't deep enough to need stitches?

6    A.  No.

7    Q.  Okay.  What other injuries did you have?

8    A.  I had a cut on my head and my they did my neck like

9  that (indicating,) and I had a spasm -- spasms -- spasms.

10   Q.  Spasms, again?

11   A.  Yes, spasms.  And the doctor says there ain't

12 nothing they can do but they can give medication for that,

13 because my whole back -- but on my low back, between my low

14 back -- I don't know.  I told the doctor -- he give me

15 something to put on my back.  I don't know what it was but

16 he gave me something to put on my low back injury.

17   Q.  How long did you have to use that?

18   A.  I been using it for a year.

19   Q.  Have you been using it the whole time since then?

20   A.  Yes.

21   Q.  Are you still using it?

22   A.  No.

23   Q.  So like, a year after the injury?

24   A.  Yes, ma'am.

25   Q.  And did you have -- how long we on pain medication?



1    A.  I was on pain medication for a years now.

2    Q.  For a year?

3    A.  Yes.

4    Q.  Are you still on pain medication?

5    A.  No.  But it goes in and out, in and out, the

6    injuries I got.

7    Q.  Okay.  Tell me what other injuries do you have?

8    A.  What injuries do I still have?

9    Q.  Do you have anything that you still have now?

10   A.  No, not really.

11   Q.  Okay.  You said something in your complaint about

12   having severe chest pains?

13   A.  Yes, ma'am.

14   Q.  What was that from?

15   A.  From them kicking me.

16   Q.  From them kicking you; is that what you said?

17   A.  Yes.  And I was spitting blood and throwing up

18   blood.

19   Q.  And in your complaint you say something about having

20   mental and emotional injuries; tell me about that.

21   A.  I don't know what that means.

22   Q.  Mental and emotional injuries; what mental injuries

23   do you have?

24   A.  I don't know what mental is.

25   Q.  Mental, like, you don't know what mental health



1  injuries or like emotional injuries; do you know what

2  emotional means?

3     A.  No.

4     Q.  It's like in your head, like, something with how you

5  think or feel or something like that?

6     A.  No.  But my head, you know, when they put my head on

7  the ground, you know, like, got it got like -- like -- like

8  you got (indiscernible.)

9     Q.  Vibrating?

10    A.  Yes.

11    Q.  Do you know what the word emotion means; like happy,

12 sad, afraid, those are emotions.

13    A.  Yes.

14    Q.  You know what I'm talking about?

15    A.  Yes, ma'am.

16    Q.  Like, you know, if you're scared, if you're happy,

17 if you're excited; those her emotions, right?

18    A.  Yes.

19    Q.  Do you have any kind of emotional injuries?

20    A.  Yes.  Because I'm scared because they could

21 retaliate on me, you know.

22    Q.  Okay.  But you're not there anymore, right?

23    A.  No. I'm not there anymore but I don't know if

24 they're going to send me back there again.  I don't want to

25 go.



1    Q.  So you don't want to go back there?

2    A.  No, I might get killed.

3    Q.  Now, you're at Union, right?

4    A.  Yes, ma'am, TCU.

5    Q.  In the TCU?

6    A.  Yes, ma'am.

7    Q.  Were you in any kind of inpatient unit at Suwannee?

8    A.  Yes, ma'am.

9    Q.  You were inpatient at Suwannee too?

10   A.  Yes.  Because that's what I said, after this I

11   declared a psych emergency.

12   Q.  Okay.

13   A.  That's when this is -- the lady said you have to go

14   to the psych dorm.  And she said I'm fixing to take you the

15   psych dorm.  That's when they pulled me out the cell and

16   Lieutenant walk up and Sergeant Wood walk away out the

17   wing --

18   Q.  Right.

19   A.  And then the two of them slammed me.

20   Q.  Okay.  But they put you in a psych dorm after this

21   incident?

22   A.  Yes.

23   Q.  At Suwannee?

24   A.  Yes.

25   Q.  And then did you move somewhere else besides here



1  between Suwannee and here?

2      A.  Yes.

3      Q.  Where were you?

4      A.  I moved Santa Rosa to FSP to here.

5      Q.  Okay.  And were you ever in any other psych wards

6  other then at Suwannee and here?

7      A.  No.

8      Q.  Did you have psych at Santa Rosa?

9      A.  Yes.

10     Q.  You were at a psych unit at Santa Rosa?

11     A.  Yes.

12     Q.  Were you in a psych unit at FSP?

13     A.  Yes.  They don't have psych they have SHOS.

14     Q.  So you were in the SHOS?

15     A.  Yes.

16     Q.  But here, you are in TCU at Union?

17     A.  Yes.  I was an SHOS and then they moved me to TCU.

18     Q.  What did you do; why are you and TCU, what's wrong?

19     A.  Why am I in TCU?

20     Q.  Yes.

21     A.  Because my head, I mean, I don't know.  I don't feel

22  the same after that incident.  After the use of force I no

23  feel the same no more.

24     Q.  Okay.  Do you know what -- do you have a diagnosis,

25  a psych diagnosis; have they told you what's wrong?



1     A.   They never told me what's wrong they just keep me
2  there.
3     Q.   Okay.  Now, you're talking about having injuries and
4  having psych effects from this.  So I'm going to need to get
5  your Medical records because that's part of the lawsuit now.
6     A.   Okay.
7     Q.   So if I send you -- if I get the classification
8  officer to give you a release form to sign so that I can get
9  your Medical records; will you sign that?
10    A.   Yes.
11    Q.   Okay.
12    A.   I think they are ready did that.
13    Q.   Okay.  You did it once already?
14    A.   Yes.
15    Q.   Okay.
16    A.   Yes.  The nurse gave me a little paper.  The nurse
17  got to take it to Medical, and they send it to them.
18    Q.   But they could send it to me, I'm the attorney.
19    A.   They did that.
20    Q.   Okay.  I didn't know they did that already.  I just
21  want to make sure that I can look at your Medical records.
22  Is there anything else that you want to tell me about what
23  happened?
24    A.   No, that's fine.  That is what happened.  But, you
25  know, every time he use force, I don't know why they don't



1  come with the video and use the cameras.

2     Q.  Right.

3     A.  Because LT comes, I don't know why.  He doesn't

4  bring the camera.

5     Q.  Right, I understand?

6     A.  They don't use no video camera and that's what --

7  that's what happened when they slam me.  And they were

8  supposed to come and witness, and they don't do none of

9  that.

10    Q.  Did any inmates see what happened to you?

11    A.  (Indiscernible) was in the door.

12    Q.  And they could see what was happening to you?

13    A.  Yes, they could see.

14    Q.  Do you know any names -- any of their names?

15    A.  I don't know any of their names.

16    Q.  Okay.

17    A.  But if they supposed to come around and if anybody

18  was a witness, you know, the excessive use camera,

19  (indiscernible.)

20    Q.  Okay.  I don't have any other questions, I think

21  we're done.  The next thing you'll hear from me is I'll be

22  filing a motion with the court for summary judgment, which

23  you will have the opportunity to respond to.  I'm also going

24  to ask the court for an extension of time to file the motion

25  for summary judgment.  It is due -- I can't remember if it's



1  due this month or next month but I'm going to file a motion

2  to extend the time to file that motion for summary judgment.

3  Because I've got other trials coming up so I need to tell

4  the court whether or not you object to that extension of

5  time?  You know, are you going to agree to the extension or

6  do not agree to the extension?

7      A.  I don't know what that means.

8      Q.  It just means I get extra time to file the motion.

9  It doesn't say that I'm going to win the motion it just says

10 I can have extra time to file.  Because I don't have enough

11 time to do it right now.

12     A.  So you gotta file the motion?

13     Q.  Right.  I have to file the motion, and this will

14 give me a chance -- it will -- actually, you can file a

15 motion too if you want, and that gives you more time too.

16 It gives both of us more time but I don't know if you're

17 planning on filing one.  But it's a motion to say that the

18 court should decide the case on the evidence that is before

19 it based on the documents and on deposition and that kind of

20 thing.  So I am going to have to do that -- file that motion

21 or a motion to extend that time to take longer to file that

22 motion.  Do you understand what I'm saying?

23     A.  Yeah.

24     Q.  I'm going to ask the court for more time to file

25 that, okay?



1    A.  Okay.

2    Q.  I have to tell the court that you agree to that

3  extra time or you don't agree to that.

4    A.  Oh.

5    Q.  Okay.  So what do I tell the court?  Do you agree or

6  do you not agree?

7    A.  Well, for you to file a motions?

8    Q.  No. Not to file a motion to have more time to do

9  that.  It's to get more time.  In other words, like, say

10  there's a deadline.  I have to file the motion by -- say

11  it's November 24th -- I don't have a date, but it's in

12  November or December.  I'm going to file a motion to have 60

13  more days to file that -- the motion that I'm talking about.

14  The motion to decide the case on the documents.  Do you know

15  what I'm saying?  I'm going to ask the court for 60 more

16  days to file but I have to tell the court whether or not you

17  agree to me having 60 more days.

18    A.  No.

19    Q.  Okay.  You are not agreeing to my motion, you're

20  just agreeing to whether I can have 60 days or not?

21    A.  So what motion are you talking about, summary

22  judgment?

23    Q.  Yes, summary judgment.  I'm asking for 60 more days

24  to file the motion for summary judgment, right?

25    A.  No.



1    Q.  Which also means you would have 60 more days if you

2  wanted it to file your own motion for summary judgment, if

3  you wanted to do it.  You don't have to do it.

4    A.  All right.

5    Q.  But the point that I have to find out from you now

6  is, whether you agree to the extra 60 days.  Will you tell

7  the court that you agree to me having the extra 60 days or

8  you don't agree to me having 60 days.  Do you see what I'm

9  saying?

10    A.  Yes.

11    Q.  So you have to tell me, yes or, no, is what I'm

12  saying?  It is up to you, it's whatever you want.

13    A.  I don't know.

14    Q.  Do you want me to tell the court that you don't have

15  a position on that and that you don't say, yes or, no either

16  way?  I can tell the court that.

17    A.  You said you're going to file a summary judgment,

18  right?

19    Q.  Right.  But I'm asking -- let's go off the record

20  for just a moment.

21          (Brief interruption.)

22  BY MS. TIETIG:

23    Q.  Let's go back on.  So I'm good to file a motion for

24  summary judgment for the defendant's.  But you're not

25  agreeing to me filing that, you are not saying that you



1   agree with that.  What I'm asking you is if you agree to

2   have me have 60 more days to file that.  In other words --

3      A.  No.

4      Q.  No?

5      A.  No.

6      Q.  Okay.  That's what I need to tell the court is that

7   you don't agree?

8      A.  Right.  But I'm a (indiscernible) ask the court for

9   a lawyer, right?

10     Q.  Yes.  You asked the court for a lawyer, yes.  I did

11  not oppose that, I didn't respond to that so I don't know

12  what the court is going to do about that.  That's not up to

13  me, that's up to the court?

14     A.  What is a (indiscernible)?

15     Q.  No. Not unless we have trial or a settlement

16  conference.

17     A.  What is settlement anyway?

18     Q.  Settlement is both parties agree to resolve the

19  case, what you're asking and what department is willing to

20  do.  That kind of thing.

21     A.  Does that mean they won't let me (indiscernible)?

22     Q.  No. That's if you want to settle, you can send us a

23  letter and say this is what I want.  You know, give me

24  whatever, money, or give me something.  This is what I want

25  to settle the case.  And then we have to respond and say



1   will we settle it or not.

2       A.   Oh, okay.

3       Q.   Okay.  Let's go off the record.  And also I'm

4   ordering a copy of this transcript and you can have a chance

5   to read it.  If you think that she took something down

6   wrong, you can fix it.  I will handle it if you want to read

7   it.  I will handle giving you the opportunity to read it,

8   and sign it, and note any changes, so that would be to me.

9       A.   Okay.

10      Q.   It will go to your classification officer but I will

11  set that up, I won't be here for that.

12              (Witness excused.)

13              (Thereupon, at 3:38 p.m. the taking of the

14  deposition was concluded.)

15

16

17

18

19

20

21

22

23

24

25



CERTIFICATE OF OATH

STATE OF FLORIDA )

COUNTY OF UNION)

     I, Amanda J. Johnson, Notary Public, State of Florida, certify that the witness, JEAN JOASSIN, DC# 128505, personally appeared before me on November 7, 2014, and was duly sworn.

  WITNESS my hand and official seal this 14th day of November, 2014.

Amanda Johnson, FPR
Court Reporter
Notary Public - State of Florida
My Commission No. FF 043132
Expires:  August 6,2017



C E R T I F I C A T E

STATE OF FLORIDA )

COUNTY OF PUTNAM )

    I, Amanda Johnson, do hereby certify that I was authorized to and did stenographically report the deposition of JEAN JOASSIN, DC# 128505; that a review of the transcript was requested:  and that the foregoing transcript, pages 1 through 52, inclusive, is a true and complete record of my stenographic notes.

    I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

    DATED this 14th day of November, 2014, at Grandin, Putnam County, Florida.

    Amanda Johnson, FPR



SCRIBE ASSOCIATES, INC.
201 S.E. SECOND AVENUE
SUITE 207
GAINESVILLE, FLORIDA 32601

November 14, 2014

LISA KUHLMAN TIETIG, ASSISTANT ATTORNEY GENERAL
    Office of the Attorney General
    State of Florida
    PL-01, The Capitol
    Tallahassee, Florida 32399


RE:  JEAN JOASSIN, DC# 128505 v. LIEUTENANT MURPHY, et al.

Dear Ms. Tietig;

    Enclosed with the deposition transcript of Jean Joassin,
DC# 128505, which was taken in the above-styled cause on
November 7, 2014, is the errata sheet, to be completed by
the deponent when reading your copy of his deposition.

    Thank you for handling the reading and signing process.

    After reading and signing has been accomplished, please
return the errata sheet to our office so it can be attached
to the original and forwarded to counsel.

    PLEASE ATTEND TO THIS MATTER IN THE NEXT 30 DAYS.

Sincerely,

SCRIBE ASSOCIATES, INC.,


_____
Amanda Johnson,
Court Reporter



                          ERRATA SHEET

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

IN RE:
RE:   JEAN JOASSIN DC# 128505 v. LIEUTENANT MURPHY, et al.


PAGE NO.      LINE      CHANGE AND REASON FOR CHANGE

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____


Under penalties of perjury, I declare that I have read my
deposition and that it is true and correct subject to any
changes in form or substance entered here.


_____      _____
DATE                       JEAN JOASSIN, DC# 128505

