**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE FLORIDA**

**CASE NO. 3:13-CV-0067-BJD-MCR**



JEAN JOASSIN,
    Plaintiff

VS.

LIEUTENANT MURPHY, et al.,
    Defendants
_____/

## PLAINTIFF'S PRETRIAL NARRATIVE STATEMENT

Plaintiff, Jean Joassin, pro se through the assistance of his next of friend, Frederick Webster, files this Pretrial Narrative Statement pursuant to the order of this Court dated December 31, 2014. As grounds in support herein Plaintiff avers the following:

1. Plaintiff, is currently incarcerated at Union Correctional Institution, Raiford, Florida.

2. Plaintiff sues each of the following Defendants, Murphy, Rodgers, Coats, Martin, and Woods, all in their individual capacity for their unlawful acts which has resulted in the violation of Plaintiff's Federal Constitutional rights.

3. All Defendants in the above style action are employees of the Florida Department of Correction and were employed at Suwannee Correctional Institution

on the date of the constitutional claims presented in this action.

4. All constitutional claims occurred while Plaintiff was incarcerated at Suwannee Correctional Institution, Live Oak, Florida.

5. The evidence in this case will show that each of the named Defendants did participate in the violation of Plaintiff's constitutional right either via their personal involvement in the wrongful acts, failed to take any action to prevent the unlawful acts of their co-workers, and conspiring with each other to cover-up their unlawful acts.

6. Plaintiff further reallege and relies on the facts set forth in is civil rights complaint.

7. The injuries sustained to Plaintiff are more psychological that physical whereas Plaintiff is now being treated for psychological motional distress resulting from this incident.

8. The fact that there was no camera used when distracting Plaintiff from his cell is evident in the case that Defendants did not have any need to employ excess use of force to remove Plaintiff from his cell and as such if, there is no need for force, the constitution may be violated by relatively small amounts of force. Moreover, even when there is a need to use some force, the use of force completely excessive to the circumstances violates the constitution.

9. Affidavits of other inmates who were housed in the same housing area

2

'15/2/4

will support Plaintiff's version of the events.

10. Plaintiff will also rely on other discovery material which he has not obtained from other prospective witnesses in the case.

I, Jean Joassin, do hereby certify on this 4th day of February, 2015, that I have read the foregoing Pretrial Narrative Statement and that each and all of the facts and matters set forth therein are true and correct.

Jean Joassin, #128505, pro se
Union Correctional Institution
7819 N.W. 228th Street
Raiford, Florida 32026